UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60033-CR-COOKE(s)

UNITED STATES OF AMERICA

vs.

QUALITY GREEN COATINGS, INC.

    Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

cc:   U.S. Attorney (Scott H. Behnke, AUSA)
     U.S. Marshal
     Chief Probation Officer
     Pretrial Services
     Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: August 18, 2015

MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE